# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ROSE BUCKLEY,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MOBILEHELP, LLC,** a Florida company,<br><br>*Defendant.* | Case No. 9:22-cv-80217-KAM<br><br>**CLASS ACTION** |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Buckley and Defendant MobileHelp, LLC hereby notify the Court that the parties have reached a settlement in principle to resolve this matter. The parties anticipate filing a Notice of Dismissal of the action with prejudice as to the Plaintiff's individual claim within 30 days. Accordingly, the parties respectfully request that all current deadlines and hearings be suspended pending the filing of the Notice of Dismissal.

Dated: August 8, 2022

Respectfully submitted,

/s/ Avi Kaufman
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative class*

/s/ Michael P. De Simone
Michael P. De Simone
Florida Bar Number 119739
Email: Michael@DeSimone.law

P.O. Box 31341
Palm Beach Gardens, FL 33420
Tel. (914) 419-7908
*Counsel for Defendant MobileHelp, LLC*