# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **ROSE BUCKLEY,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**MOBILEHELP, LLC,** a Florida company,<br><br>*Defendant.* | Case No. 9:22-cv-80217-KAM<br><br>**CLASS ACTION** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Rose Buckley and Defendant MobileHelp, LLC jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of each claim and count asserted by Plaintiff individually against Defendant, and to the dismissal without prejudice of putative class members' claims, thereby fully resolving all claims in this matter. Each party will bear its own attorney's fees, costs, and expenses.

Date:  September 6, 2022                              Respectfully submitted,

| | |
|---|---|
| */s/ Michael P. De Simone*<br>Michael P. De Simone<br>Fla. Bar. No. 119739<br>P.O. Box 31341<br>Palm Beach Gardens, FL  33420<br>Telephone:     561-833-7700<br>Facsimile:      561-655-8719<br><br>*Counsel for MobileHelp, LLC* | */s/ Avi R. Kaufman*<br>Avi R. Kaufman, Esq.<br>Fla. Bar No. 84382<br>kaufman@kaufmanpa.com<br>Kaufman P.A.<br>237 South Dixie Highway, Floor 4<br>Coral Gables, FL 33133<br>Telephone: (305) 469-588 I<br>Attorneys for the Plaintiff and the putative Class |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed via CM/ECF and thereby served via email this 6th day of September, 2022 upon:

Stefan Coleman, Esq.
Law Offices of Stefan Coleman, P.A.
201 S. Biscayne Boulevard, 28th Floor
Miami, FL  33131
law@stefancoleman.com

*Counsel for Plaintiff and the putative Class*

Avi R. Kaufman, Esq.
Rachel Kaufman, Esq.
Kaufman, P.A.
237 South Dixie Highway, Floor 4
Coral Gables, FL  33133
kaufman@kaufmanpa.com

*Counsel for Plaintiff and the putative Class*

/s/ *Michael P. De Simone*
Michael P. De Simone