UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-80217-CIV-MARRA/MATTHEWMAN

ROSE BUCKLEY, individually and on behalf
of all others similarly situated,

Plaintiff,

vs.

MOBILEHELP, LLC, a Florida company,

Defendant.
_____/

## ORDER CLOSING CASE

This cause is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice (DE 22). This type of dismissal is self-executing. Upon the filing of such a dismissal, the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all **PENDING MOTIONS** are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of September, 2022.

*s/Kenneth A. Marra*
KENNETH A. MARRA
United States District Judge